

# Fourth Court of Appeals
## San Antonio, Texas

December 31, 2020

No. 04-20-00486-CR

Jemadari Chinua **WILLIAMS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B19-346
Honorable Rex Emerson, Judge Presiding

# O R D E R

Appellant has filed a motion for extension of time to file his brief and a motion to compel the District Attorney to produce documents.

We **grant** appellant a thirty-day extension of time to file his brief and order appellant's brief due **February 20, 2021.**

Appellant's motion to compel the production of documents is **denied**. The materials appellant seeks, including the slides used during voir dire, were not offered or admitted into evidence at a hearing or the trial in this case, were not made part of a bill of exception, and are not part of the appellate record. *See* TEX. R. APP. P. 33.2, 34.1, 34.5, 34.6.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of December, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court